PROB 12C
(6/16)

Report Date:  July 8, 2026

# United States District Court

**for the**

ECF No 53

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 09, 2026

SEAN F. McAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Daly Mason Tom                Case Number: 0980 2:21CR00095-TOR-1

Address of Offender: ███████████ , Spokane, Washington 99207

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: October 27, 2022

| | |
|---|---|
| Original Offense: | Possession of an Unregistered Firearm, 26 U.S.C. §§ 5841, 5845(a)(1)(2), 5861(d), 5871 |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 50 Months; TSR - 36 Months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: | June 25, 2025 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | June 24, 2028 |

---

## PETITIONING THE COURT

To issue a warrant.

On June 25, 2025, Mr. Daly Tom signed his conditions relative to case number 2:21CR00095-TOR-1, indicating he understood all conditions as ordered by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: Mr. Tom is alleged to have violated mandatory condition number 1 by being arrested on June 27, 2026, for the offenses of Driving Under the Influence, in violation of R.C.W. 46.61.502, a gross misdemeanor, and Attempting to Elude Police Vehicle, in violation of R.C.W.46.61.024, a Class C felony.

On June 27, 2026, Mr. Daly Tom was arrested in Spokane, Washington, for the offenses of driving while under the influence, and attempting to elude a police vehicle. On July 7, 2026, the undersigned officer obtained and reviewed the relative police records. The following information is a brief synopsis of the information received.

On June 27, 2026, at approximately 9:55 p.m., a Yakima police officer was working in the Spokane area as a part of a driving under the influence emphasis patrol convened for the 2026 Hoopfest event. While traveling southbound on North Brown Street, the officer observed a white Chevrolet Silverado to his right, that was driving without headlights when required, and traveling at approximately 10 miles per hour below the posted speed limit. The

**Prob12C**
**Re: Tom, Daly Mason**
**July 8, 2026**
**Page 2**

officer, believing that the driver was impaired, attempted to conduct a stop on the vehicle. The officer observed the vehicle turn onto West Sprague Avenue, before again making a quick right turn into a parking lot, nearly striking several pedestrians on the sidewalk, before turning northbound onto North Division Street.

The vehicle continued northbound through downtown Spokane at a high rate of speed so significant, that the pursuing officer turned off his emergency lights out of concern for the safety of the public. The officer described the downtown area as being "heavily congested" with pedestrians and other vehicles attending local events. A second responding officer approaching the area from north of the reported location, later described the subject as traveling at a "high and unsafe speed" after which he ran a read light at North River Drive, before continuing onto North Ruby Street. An operating drone in the area later identified the vehicle as having come to a stop at the subject's address of record, with a male and a female exiting the vehicle and entering an apartment.

Upon arrival the Yakima Officer was informed that the subject's cell phone was ringing and on the floorboard of the vehicle in front of the driver's seat. The subject subsequently exited his residence and was taken into custody. The officer described Mr. Tom as smelling of alcohol, and being unsteady on his feet, with the officer having to grab the subject's arm to prevent him from falling. At 11:30 p.m. Mr. Tom submitted to Breathalyzer testing, the result of which revealed a positive IR and EC test result of .198 and .196. Mr. Tom again submitted to testing at 11:34 p.m. which revealed a positive IR and EC test result of .194 and .194.

On July 7, 2026, Mr. Tom was contacted telephonically by the undersigned officer to further discuss the concerns identified herein. During conversation, Mr. Tom admitted to having ingested approximately four shots of tequila on the day in question, but he adamantly denied having driven any vehicle while intoxicated, instead stating that it was an acquaintance by the name of Fernando who had driven his truck. Mr. Tom denied knowing a last name, address or telephone number for Fernando, but he indicated that Fernando had been contacted by law enforcement at his residence at the time of their arrival. It should be noted that Fernando's involvement in this matter is not documented in the received police reports.

**<u>Special Condition #5</u>**: You must not enter into or remain in any establishment where alcohol is the primary item of sale. You must abstain from all alcohol and must submit to urinalysis and Breathalyzer testing as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from this substance.

**<u>Supporting Evidence</u>**: Mr. Tom is alleged to have violated special condition number 5 by ingesting alcohol on or about June 27, 2026, based on both police reports, and the subject's admission of such use.

Specifically on June 27, 2026, Mr. Tom was arrested in Spokane for the offenses of driving while under the influence and attempting to elude police. During the subject's arrest occurring at his residence, Mr. Tom was described by law enforcement as smelling of alcohol, and being unsteady on his feet, stumbling to the degree that the arresting officer had to take hold of his left arm to prevent him from falling.

Prob12C
**Re: Tom, Daly Mason**
**July 8, 2026**
**Page 3**

On July 7, 2026, Mr. Tom was contacted telephonically by the undersigned officer to further discuss the concerns identified herein. During conversation, Mr. Tom admitted to having ingested approximately four shots of Tequila on the day in question, but he adamantly denied having driven any vehicle while intoxicated, instead stating that it was an acquaintance by the name of Fernando who had driven his truck.

It should be noted that during Breathalyzer testing, Mr. Tom admitted to having ingested "a little bit of Twisted Tea" at a local bar.

The U.S. Probation Office respectfully recommends the Court **issue a <u>WARRANT</u>** requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    July 8, 2026
_____

s/Chris Heinen
_____

Chris Heinen
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

_____
Signature of Judicial Officer

July 9, 2026
_____
Date